# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of February, two thousand twenty-five.

Before:      Richard J. Sullivan,
                     *Circuit Judge.*

United States of America,

        Appellee,

  v.

Anthony Allen, et al.,

        Defendants,

William James Washington,

        Defendant - Appellant.

**ORDER**

Docket No. 24-3173

    Appellant moves for bail pending appeal and for an emergency stay of his surrender.

    IT IS HEREBY ORDERED that, to the extent the motion seeks a stay of surrender pending determination of the motion for bail, the motion is DENIED. The motion for bail is REFERRED to a three-Judge motions panel.

                          For the Court:

                          Catherine O'Hagan Wolfe,
                          Clerk of Court